46972. HEALTHMASTER, INC. et al. v. CHATTAHOOCHEE VALLEY HOME HEALTH CARE, INC.

(385 SE2d 290)

PER CURIAM.

After plenary consideration of this matter (*Healthmaster, Inc. v. Chattahoochee Valley Home Health Care, Inc.*, 191 Ga. App. 42 (381 SE2d 56) (1989)), it is found not to satisfy the criteria for the grant of certiorari, and the writ is therefore vacated.

*All the Justices concur, except Hunt, J., not participating.*

DECIDED JULY 13, 1989 —
RECONSIDERATIONS DENIED SEPTEMBER 6 AND SEPTEMBER 7, 1989.

*Troutman, Sanders, Lockerman & Ashmore, Robert P. Williams II,* for appellant.

*Michael J. Bowers, Attorney General, Susan L. Baranoff, Staff Assistant Attorney General, Arnall, Golden & Gregory, Charles L. Gregory,* for appellee.

*Dillard, Greer, Westmoreland & Wilson, Richard W. Wilson, Jr., Phears & Dailey, Michael Alan Dailey, Victor L. Moldovan,* amici curiae.